# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

**HAYLEE CHRISTYNE KELLY, sui juris**
1628 Leonard Dr.
Baton Rouge, LA 70810
(225) 586-6719
AmericanTrustFactory@gmail.com
la.scottish.crown@gmail.com

Plaintiff,

v.

1. Grace Family Partnership / Miranda Theresa Acosta (aka Tabitha Miranda Acosta)

2. MetroPCS / T-Mobile

3. Microsoft Corporation (MSFT, Azure, Entra)

4. City-Parish of East Baton Rouge / Central Bidding

5. West Baton Rouge Parish Sheriff & Addis Police Department

6. Iberville Parish School Board

7. 18th Judicial District Court (Iberville, WBR, Point Coupee)

8. DCFS & Iberville Office of Child Welfare

9. Dow-DuPont (3M / Aearo Technologies)

10. SCANSTAT Technologies

11. Brian Keith Carline & Dubea Enterprises LLC

12. John Kelly & Jacob Aucoin

13. Verizon Business / PDI (Ashburn, VA)

Defendants.

**Civil Action No.:** To be assigned

# VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES

## Preliminary Statement

Plaintiff **HAYLEE CHRISTYNE KELLY**, sui juris, a living woman and lawful heir, brings this verified complaint pursuant to the U.S. Constitution and applicable federal law, for declaratory relief, injunctive relief, and damages arising from systemic and coordinated deprivation of rights, concealment of inheritance, and abuse of public and private power.

This case arises from an ongoing conspiracy across state, federal, corporate, and technological entities to conceal, control, and exploit the Plaintiff's identity, biometric data, legacy estate rights, minor children, and natural resources. Plaintiff has endured retaliatory eviction, blocked access to communications and networks, child endangerment and abuse, unlawful classification, digital entrapment, and obstruction of due process.

Plaintiff asserts lawful standing as a lineal heir and successor to ancestral land holdings, mineral rights, burial ground custodianship, and civic entitlements rooted in Iberville, Pointe Coupee, East and West Baton Rouge, St. Landry, and Avoyelles Parishes. The named Defendants—through coordinated fraud, concealed trust exploitation, and systemic classification—have trespassed upon and extracted from Plaintiff's legacy and personhood.

Plaintiff seeks full redress, a federal audit and injunction, restoration of custodial rights, production and preservation of estate records, and immediate relief to prevent further irreparable harm to herself, her sons, and their bloodline.

---

## Relief Requested

(Full complaint continues in the attached filing packet)

---

2

**Filed Respectfully,**

**HAYLEE CHRISTYNE KELLY, sui juris**
1628 Leonard Dr.
Baton Rouge, LA 70810
(225) 586-6719
AmericanTrustFactory@gmail.com
la.scottish.crown@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

**HAYLEE CHRISTYNE KELLY,**

Plaintiff,

v.

1. Grace Family Partnership / Miranda Acosta (Tabitha)Defendants.
2. MetroPCS / T-Mobile
3. Microsoft Corporation (incl. MSFT/Azure/Entra infrastructure)
4. City-Parish of East Baton Rouge (Purchasing Division)/ Central Bidding (Central Auction House)
5. West Baton Rouge Parish Sheriff + Addis Police
6. Iberville Parish School Board (Child Welfare, Crescent Elementary, SPED)
7. 18th Judicial District Court (Iberville/WBR/Point Coupee)
8. Department of Children and Family Services (DCFS) + Iberville Child Welfare
9. Dow-DuPont (3M/Aearo)
10. SCANSTAT Technologies / Health Data Interference
11. Brian Keith Carline & Dubea Enterprises LLC
12. John Kelly & Jacob Aucoin
13. Verizon Business / PDI (Ashburn, VA)

Civil Action No. _____

## COMPLAINT

Plaintiff **HAYLEE CHRISTYNE KELLY** brings this verified complaint for civil rights violations, declaratory and injunctive relief, and damages arising from systemic and coordinated fraud, deprivation of constitutional rights, wrongful eviction, separation from her children, concealment of her lawful inheritance, fraudulent successions, and obstruction of due process.

Plaintiff asserts standing as a living, lineal, and sovereign heir to certain historical family estates, public utility entitlements, and legacy properties wrongfully concealed, conveyed, or exploited in concert by various public, quasi-public, and private interests. This includes mineral rights, water rights, burial ground custodianship, child custody, and claims to immovable property in Iberville, Point Coupee, Avoyelles, St. Landry, East and West Baton Rouge Parishes, and more.

Plaintiff respectfully seeks full redress for these harms, restoration of her lawful rights, and immediate injunctive relief to prevent irreparable damage to herself, her children, and their legacy.

Respectfully submitted,

HAYLEE CHRISTYNE KELLY, sui juris

*Haylee C. Kelly*

Dated: July 07, 2025

# EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
# LOUISIANA MIDDLE DISTRICT COURT
# PARISH OF EAST BATON ROUGE, LOUSIANA

NOW COMES Plaintiff, **HAYLEE CHRISTYNE KELLY**, sui juris, respectfully submitting this Emergency Motion for Temporary Restraining Order (TRO) pursuant to Federal Rule of Civil Procedure 65(b), requesting immediate relief to prevent irreparable harm to herself and her minor children. Plaintiff asserts that without court intervention, irreversible damage will occur to her family, property, and estate rights.

## RELIEF REQUESTED

Plaintiff seeks the following emergency relief:

Immediate return of minor child, Silas M. Carline, to Plaintiff's lawful custody.

Guarantee of non-public, protected educational placement for Jackson and Silas Carline.

Freeze and audit of all estate, trust, or property transfers potentially connected to Plaintiff's lineage or assets.

Immediate injunction against any further interference by named Defendants, or them agents, with Plaintiff and her children.

Order compelling the preservation and production of all relevant documents including succession, eviction, trust, POA, grant, and infrastructure records.

## LEGAL BASIS

This motion is grounded in the following:

A clear showing of imminent and irreparable harm.

A likelihood of success on the merits based on constitutional, civil, and property rights violations.

The public interest is served by protecting parental, property, and due process rights.

Evidence of fraud upon the court (FRCP 60(d)(3)), obstruction, misclassification, and misuse of infrastructure by municipal, corporate, and private interests.

## CONCLUSION

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant her request for immediate temporary relief as set forth above, and schedule a preliminary hearing at the earliest convenience to determine the continuation of such relief. Plaintiff further reserves the right to supplement this Motion with Exhibits and supporting documentation.

Respectfully submitted,

**HAYLEE CHRISTYNE KELLY**, sui juris

1628 Leonard Dr.

Baton Rouge, LA 70810

(225) 586-6719

AmericanTrustFactory@gmail.com

# EXHIBIT LIST

Exhibit A – Audio Evidence (Recordings of verbal abuse, retained and preserved digitally).

Exhibit B – Affidavit of Death and Heirship (Signed by maternal witnesses, confirming lineage).

Exhibit C – Succession Documentation (Double succession: ~~Harlon~~ Haylee Kelly and Robert Michael Lotz).

Exhibit D – Private Sale Agreement (With POA signature and withheld co-signatories).

Exhibit E – Wells Fargo Trust Email (Potential fraudulent instrument linked to trust or estate).

Exhibit F – Grace Family Partnership / JALA Corporation Property Records (White Castle home transaction documents).

Exhibit G – 3M & Aearo Technologies Filing (Preservation of Evidence and Emergency TRO declarations).

Exhibit H – Public Notice of Emergency TRO (April 17, 2025 certified mailing, timestamped public post).

Exhibit I – Declaration of Lineal Restoration (Filed June 5, 2025, affirming Ashworth and Lotz heritage claims).

Exhibit J – Declaration of Revocation of Infrastructure Use (June 6, 2025, revoking unauthorized tech & data use).

Exhibit K – Supreme Court Redress Application (Filed May 18, 2025, invoking jurisdiction under Article III).

Exhibit L – Land Descriptions: Sections 14, 18, 28, 44, 51 & Golden Ridge Plantation (Including Mitchell Lotz).

Exhibit M – Preserved Screenshots and Digital Logs (Evidence of interference, identity hijack, cloud forgery).

Exhibit N – Additional TRO (Preserved and filed: PFAS-related genetic exploitation evidence, filed separately).

Exhibit O – City-Parish and ANPAC Claim Packet (Policy #7-V-9952J1-4 with timelines and damages).

# Plaintiff's Initial Exhibit List

Exhibit A: Affidavit of Death and Heirship (signed by Plaintiff's mother and grandmother)

Exhibit B: Double Succession Papers (Plaintiff's father and grandfather)

Exhibit C: Private Sale Document referencing POA and multiple conveyance parties

Exhibit D: Declaration/Public Assertion re: Dow-DuPont and 3M (chemical/land contamination)

Exhibit E: Eviction Notice from Wilbert Funeral Home / JALA Corporation

Exhibit F: Audio recording of abuse disclosure from Silas (October 2, 2023)

Exhibit G: Police Jury Ward 6 documentation

Exhibit H: Emails to/from Chad Brown, Garrett Graves, and Crawford Wheeler

Exhibit I: CATS central auction documents and infrastructure access logs

Exhibit J: Wells Fargo correspondence tied to trust instruments and financial transactions

Exhibit K: Microsoft/Verizon IP data showing unauthorized cloud infrastructure access

*NOTE: Some exhibits referenced herein may be supplemented after initial filing due to access limitations. Plaintiff reserves the right to file additional attachments under Fed. R. Civ. P. 26 and requests leave of court to expand the evidentiary record if necessary.*

**Exhibit Reference Notice**

Exhibits A-M incorporated by reference herein. Additional exhibits will be supplemented as necessary under Rule 26.

Case 3:25-cv-00592-BAJ-SDJ   Document 1   07/07/25   Page 10 of 16

# VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

**HAYLEE CHRISTYNE KELLY,**

Plaintiff,

v.

[See full list of 13 Named Defendants below],

Defendants.

Civil Action No. _____

### *JURY TRIAL DEMANDED*

## I. INTRODUCTION

This is a verified civil rights and constitutional tort complaint brought by Plaintiff, **HAYLEE CHRISTYNE KELLY**, sui juris, who asserts that she has been systematically deprived of property, family rights, and access to infrastructure through fraud, forced displacement, trust concealment, and technological suppression.

Plaintiff brings this action to halt continuing constitutional violations, recover her lawful property and parental rights, and seek declaratory, injunctive, and monetary relief for ongoing harms caused by a coordinated network of public, quasi-public, and private entities acting under color of law and deceptive contracting schemes.

## II. JURISDICTION AND VENUE

This Court has jurisdiction under:

- 28 U.S.C. § 1331 (Federal Question)
- 28 U.S.C. § 1343 (Civil Rights Jurisdiction)
- 28 U.S.C. § 1367 (Supplemental Jurisdiction)
- 42 U.S.C. §§ 1983, 1985(3), 1986
- 18 U.S.C. §§ 1961–1968 (RICO)
- The U.S. Constitution: Amendments I, IV, V, IX, and XIV

Venue is proper in this Court under 28 U.S.C. § 1391(b) because the events giving rise to these claims occurred within the Middle District of Louisiana.

---

## III. PARTIES

Plaintiff:

**HAYLEE CHRISTYNE KELLY**, sui juris

1628 Leonard Drive

Baton Rouge, LA 70810

Phone: (225) 586-6719

Email: AmericanTrustFactory@gmail.com; la.scottish.crown@gmail.com

Defendants:

1. **Grace Family Partnership** (24455 W L Grace Rd, Plaquemine, LA 70764) / **Miranda Theresa Acosta (a.k.a. Tabitha Miranda Acosta)** (57725 Cardinal St Plaquemine, LA 70764-4401) – engaged in fraudulent conveyances, succession interference, custodial harm, and medical coercion.

2. **MetroPCS / T-Mobile USA** (6103 Florida Blvd, Baton Rouge, LA 70806) – enabling identity spoofing and number hijacking tied to Plaintiff's accounts.

3. **Microsoft (MSFT, Azure, Entra ID)** (450 Laurel Street, 8th Floor, Baton Rouge, LA 70801) – locking Plaintiff out of infrastructure tied to her identity and estate.

4. **East Baton Rouge City-Parish** (222 St Louis St 8th Floor; Room 826. Baton Rouge, LA 70802) / **Central Bidding (Central Auction House)** 11103 Park Place Dr. Baton Rouge, LA 70818) – concealing trusts, misusing bid platforms, and displacing Plaintiff.

5. **West Baton Rouge Sheriff's Office** (850 8th Street Port Allen, LA 70767) / **Addis PD** (7818 LA-1, Addis, LA 70710) – failed to protect Plaintiff's child from known harm.

6. **Iberville Parish School Board** (58030 Plaquemine St, Plaquemine, LA 70764) **& DCFS (LA)** (1919 North Blvd. Baton Rouge, LA 70806) – systemic child abuse concealment and custodial harm.

7. **Wilbert Funeral Home (Wilbert's A Sons)/ JALA Corporation** (24120 Railroad Avenue, Plaquemine, Louisiana 70764) – involved in eviction fraud and succession concealment.

8. **3M / Dow-DuPont** (3259 Harriet Quimby Ave, Baton Rouge, LA 70807-8071) / **SCANSTAT Technologies** (3867 PLAZA TOWER DR. 1ST FLOOR BATON ROUGE, LA 70816) – abuse of Plaintiff's biomedical data and destruction of evidence.

9. **LPSC** (Louisiana Public Service Commission – 12th Floor, 602 North Fifth Street, Baton Rouge, Louisiana 70802) / **Louisiana DNR** (617 North Third Street, LaSalle Building, Baton Rouge, Louisiana 70802) / **AT&T** (14409 Wax Rd, Baton Rouge, LA 70818) / **Iberville 911** (59805 Bayou Road, Plaquemine, LA 70764) – pipeline abuse, network rerouting, and suppression of access.

10. **IETF Trust** (IETF Trust, c/o AMS, 39221 Paseo Padre Pkwy, Suite J, Fremont, CA 94538 / **Louisiana Economic Development** (617 N 3rd St, Baton Rouge, LA 70802) – trust misuse and infrastructure fraud involving Plaintiff's identity.

11. **Brian Keith Carline** (5043 Myrle Dr, Addis LA 70710) & **Dubea Enterprises, LLC** (217 Des Jardin Avenue, Lafayette, LA 70507-2611) – custodial and economic fraud tied to White Castle property.

12. **Jacob Aucoin & John Kelly** – involved in covert estate dealings and digital impersonation; located at 58195 Randolphs Dr, Pelican Point, Plaquemine, LA.

13. **Verizon Business (Ashburn, VA) obo Excel Industries** (8549 United Plaza Blvd, Baton Rouge, LA 70809)– engaged in unauthorized surveillance and digital occupation.

(Additional address information available upon request or listed in supplemental exhibits.)

---

## IV. FACTUAL BACKGROUND

Plaintiff is the lawful lineal descendant of landowners and public service custodians whose properties and entitlements have been systematically obscured, absorbed into digitized trust systems, and fraudulently conveyed by actors under color of law.

Key facts include:

- Eviction from ancestral property tied to succession concealment and Wilbert Funeral Home documents
- Suppression of physical movement and access to digital infrastructure, with IP rerouting through Ashburn, VA
- Coercive child separation and abuse, recorded and documented since October 2023
- Ongoing use of Plaintiff's biometric and digital identity in utility, medical, and infrastructure contracts

- Blocking of legal filings, e-filing systems, and public service communications since at least 2022
- Evidence of forced assignment to federal systems or autonomous supply chains without consent, including repeated biometric spoofing, RF-tagging, and structural deprivation

Plaintiff has submitted multiple verified declarations, mailed TROs, and posted public filings documenting these facts and is now seeking relief through formal court intervention.

## V. CLAIMS FOR RELIEF

1. Violation of Constitutional Rights
   - First, Fourth, Fifth, and Fourteenth Amendments
2. Civil Rights Conspiracy – 42 U.S.C. §§ 1983, 1985(3), 1986
3. Fraud and Deprivation of Property Without Due Process
4. Racketeer Influenced and Corrupt Organizations Act (RICO)
5. Abuse of Public Office and Color of Law
6. Child Endangerment and Custodial Interference
7. Obstruction of Justice and Fraud Upon the Court (Rule 60(d)(3))

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

1. Issue a Temporary Restraining Order and set a hearing for preliminary and permanent injunctive relief
2. Declare all property transfers, successions, and POA filings void where obtained through fraud or concealment
3. Order return of Plaintiff's minor child Silas M. Carline to her lawful custody

4. Order a full audit and production of trust, grant, and infrastructure records tied to Plaintiff's identity

5. Award damages for all past and continuing harms, including compensatory and punitive damages

6. Grant any other relief this Court deems just and proper

## VII. VERIFICATION

I, **HAYLEE CHRISTYNE KELLY**, declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge, belief, and evidence provided.

Executed this 7th day of July, 2025.

**HAYLEE CHRISTYNE KELLY**

Plaintiff, sui juris